IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. ROARK,

      Petitioner,               No. CIV S-07-1338 LKK DAD P

    vs.

JOHN MARSHALL, Warden, et al.,

      Respondents.        ORDER

_____/

      Respondent has requested an extension of time to file a responsive pleading pursuant to the court's order of March 3, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's March 20, 2008 request for an extension of time is granted; and

      2. Respondent shall file a responsive pleading on or before May 2, 2008.

DATED: April 9, 2008.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:9
roar1338.111