IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. ROARK,

    Petitioner,                   No. CIV S-07-1338 LKK DAD P

    vs.

JOHN MARSHALL, Warden, et al.,

    Respondents.               ORDER

_____/

        A recent court order was served on petitioner's address of record and returned by the postal service. It appeared that petitioner had failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change, so this court recommended that this action be dismissed. On July 8, 2008, petitioner filed a notice of change of address. Therein, he also informed the court that he does not currently have access to the prison law library. Good cause appearing, the court will vacate its findings and recommendations and grant petitioner sixty days to file a reply, if any, to respondent's answer to his petition for writ of habeas corpus. If petitioner needs additional time to file a reply, he should file a request for an extension of time with the court.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court's July 1, 2008 findings and recommendations are vacated; and

2. Petitioner is granted sixty days from the date of this order to file a reply, if any, to respondent's answer to his petition for writ of habeas corpus. If petitioner needs additional time to file a reply, he should file a request for an extension of time with the court.

DATED: July 17, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
roar1338.vac