IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. ROARK,

    Petitioner,               No. CIV S-07-1338 LKK DAD P

    vs.

JOHN MARSHALL, Warden, et al.,

    Respondents.          ORDER

_____/

        Petitioner has filed his second request for an extension of time to file and serve a traverse. Good cause appearing, the request will be granted. However, no further extensions of time will be granted for this purpose.

        IT IS HEREBY ORDERED that:

        1. Petitioner's November 5, 2008 request for an extension of time (Doc. No. 40) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse. No further extensions of time will be granted for this purpose.

DATED: November 13, 2008.

DAD:9:mp
roar1338.111sec

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE