IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. ROARK,

    Petitioner,                    No. CIV S-07-1338 LKK DAD P

    vs.

JOHN MARSHALL, Warden, et al.,

    Respondents.               ORDER

_____/

        On July 15, 2010, petitioner filed a motion for extension of time and appointment of counsel (Doc. No. 62). On May 10, 2010, the assigned district judge issued an order adopting the findings and recommendations recommending that petitioner's application for a writ of habeas corpus be denied. Judgment was entered in this action on that same date and this case was closed. Accordingly, documents filed by petitioner since the closing date of this action will be disregarded and no orders will issue in response to future filings.

DATED: July 22, 2010.

                                                         DALE A. DROZD
                                                         UNITED STATES MAGISTRATE JUDGE

DAD:sj
roar1338.158